IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-33426-H2-7 |
| | § | |
| George Lionel Moncada, | § | (CHAPTER 7) |
| | § | |
| | § | **RESIGNATION OF TRUSTEE** |
| *Debtor* | § | **(NO ADMINISTRATION)** |

**I, JANET NORTHRUP, TRUSTEE,** hereby resign as trustee of the above entitled and numbered proceeding. I have neither received any property nor paid any money on account of this estate.

Respectfully submitted,

Dated: July 9, 2019

/s/ *Janet Northrup* *
Janet Northrup, Trustee
SBN 03953750
Total Plaza
1201 Louisiana, 28th Floor
Houston, Texas 77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
jsn@hwa.com

**CERTIFICATE OF REVIEW**

The United States Trustee has reviewed and approved the foregoing report for compliance with Title 11.

United States Trustee
Region 7

Dated: July 9, 2019      By: _____
Assistant U.S. Trustee

* *Signed with permission*