IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 19-33426 |
| GEORGE LIONEL MONCADA | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | CHIEF JUDGE DAVID R. JONES |

## NOTICE OF SUBPOENA

Please take notice that pursuant to Federal Rule of Civil Procedure 45, made applicable herein by Federal Rule of Bankruptcy Procedure 9016, Ronald J. Sommers, Trustee, intends to serve a Subpoena in a Bankruptcy Case on SWBC Mortgage Corporation. Service of the Subpoena will take place on August 30, 2019, or as soon thereafter as service may be effectuated. Any party in interest who wishes to receive a copy of the subpoena will be provided such upon email request to the undersigned.

Respectfully submitted,

*/s/ Marc Douglas Myers*

Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2019, a true and correct copy of the foregoing was sent via regular US mail to the Debtor(s), counsel for the Debtor(s), the Trustee, counsel for the Trustee, the US Trustee, all creditors and all persons requesting notice as set forth below unless otherwise served by the CM-ECF system.

*/s/ Marc Douglas Myers*

Marc Douglas Myers

Cenlar, FSB
undeliverable

Ford Motor Credit Company LLC
c/o Vicki W. Hart
Devlin, Naylor & Turbyfill, P.L.L.C.
5120 Woodway Dr., Ste. 9000
Houston, TX 77056-1725

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Ally Financial
Attn: Bankruptcy Dept
PO Box 380901
Bloomington, MN 55438-0901

Bobeaux Trucking LLC
12107 W. Couny Road 100
Midland, TX 79711

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Car-Cat
P.O. Box 69908
Odessa, TX 79769-0908

Chase Card Services

Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

Chuck Dorritty
10788 East County Road 108
Midland, TX 79706

Citibank/Shell Oil
Citibank Corp/Centralized Bankruptcy
PO Box 790034
Saint Louis, MO 63179-0034

Debra Ann Lynch Moncada
13511 Layton Castle Lane
Cypress, TX 77429-4845

Flash Funding
10622 Hirsch Road
Houston, TX 77016-2622

Global Construction Transport LLC
2066 S Raber Road
Columbia City, IN 46725-8774

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346

James Maher
500 Knights Run Ave., Apt #1702
Tampa, FL 33602-6017

Justin Levine PLLC
C/o Morgan K Ables
1225 North Loop West, Ste 640
Houston, TX 77008-1757

Kayo Fortune, LLC.
Markus Wheaton
740 West Enfield Way
Chandler, AZ 85286-0992

Lincoln Automotive Financial
Attn: Bankruptcy
PO BOX 54200
Omaha, NE 68154-8000

Marcus by Goldman Sachs
Attn: Bankruptcy
PO Box 45400
Salt Lake City, UT 84145-0400

Michael Whitaker
73743 Picasso Drive
Palm Desert, CA 92211-4532

Monshaugen & Van Huff
Morgan Abels
1225 North Loop West, Ste 640
Houston, TX 77008-1757

Navistar Inc
7510 Brighton Road
Commerce City, CO 80022-1530

Nelson Family LLC
83 Lincoln Ave
Underwood, ND 58576-4020

Praeda Inc.
C/o Jennifer Luper
224 N. Main St.
West, Texas 76691-1207

Swbc Mortgage
P O Box 77404
Ewing, NJ 08628-6404

Synchrony Bank/Care Credit
Attn:  Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060

The Law Office of Shawn Shearer, P.C.
3839 Mckinney Ave., Ste 155-254
Dallas, Texas 75204-1413

Terry Moncada
undeliverable

Tom Sullivan

6126 East San Leandro
Tucson, AZ 85715-3014

US Bank
Po Box 5229
Cincinnati OH 45201-5229

US Trustee
Office of the US Trustee
515 Rusk Ave., Ste 3516
Houston, TX 77002-2604

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A
Des Moines, IA 50328-0001

George Lionel Moncada
13511 Layton Castle Lane
Cypress, TX 77429-4845

Jennifer Casey
25511 Budde Road, Suite 801B
The Woodlands, TX 77380-2081

Ronald J Sommers
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056-6131