**Fill in this information to identify your case and this filing:**

Debtor 1: **George** **Lionel** **Moncada**
First Name / Middle Name / Last Name

Debtor 2:
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **19-33426**

☑ Check if this is an amended filing

Official Form 106A/B

**FIRST AMENDED 8/23/2019**

## Schedule A/B: Property

12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
**Removed home that belongs to Moncada Family Trust; listed correctly under #25 below**
   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................................... ➔ **$0.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No   **Removed Volkswagen which was sold and Debtor testified at meeting regarding vehicle.**
   ☑ Yes

3.1.
Make: **Mercedes**
Model: **600 CL**
Year: **2001**
Approximate mileage: **60,000**
Other information:
**2001 Mercedes 600 CL (approx. 60,000 miles) Condition: Good Debtor's community property interest listed only**

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$5,020.00**
Current value of the portion you own? **$2,510.00**

3.2.
Make: **Licoln**
Model: **MKX**
Year: **2018**
Approximate mileage: **1,000**
Other information:
**2018 Lincoln MKX (approx. 1,000 miles) Condition: Excellent Lease has no value for Debtor**

Who has an interest in the property? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$0.00**
Current value of the portion you own? **$0.00**

Debtor 1   **George Lionel Moncada**                                   Case number (if known) __19-33426__

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☒ No
   - ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................ → **$2,510.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☒ Yes. Describe..... **See continuation page(s).**   $17,100.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☒ Yes. Describe..... **See continuation page(s).**   $2,725.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☒ No
   - ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☒ No
   - ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☒ No
    - ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ☒ Yes. Describe..... **Clothing shoes and accessories for a family of 3**   $1,000.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ☒ Yes. Describe..... **Wedding Rings, Earrings, Necklaces, Costume Jewelry (mist of which belong to Non-filing Spouse.**   $5,000.00

| Debtor 1 | George Lionel Moncada | Case number (if known) | 19-33426 |
|---|---|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe..... Dog — $0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information............

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.............................................................................. → **$25,825.00**

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes............................................................................................................. Cash: .................. _____

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes........................... Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | Wells Fargo Business Checking Gulfstream Trucking Master account #3238 | $0.00 |
| 17.2. | Checking account: | Wells Fargo Simple Business Gulfstream LLC Checking account #2988 | $0.94 |
| 17.3. | Checking account: | Wells Fargo Personal Joint Checking account #3753 | $52.85 |
| 17.4. | Checking account: | Wells Fargo Personal Joint Checking account #8028 | $1.84 |
| 17.5. | Savings account: | Wells Fargo Personal Savings account Social Security account #4621 | $1,786.06 |
| 17.6. | Savings account: | Wells Fargo Retirement Savings account #0699 | $51.13 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................ Institution or issuer name:

Debtor 1  **George Lionel Moncada**                                     Case number (if known) __19-33426__

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No     **Corrected business by listing it under appropriate section**
☒ Yes. Give specific information about them..........

Name of entity:                                                      % of ownership:

**GULFSTREAM TRUCKING LLC.**

**Trailers, trucks and cabs purchased by Gulfstream Trucking for business (by Charles Dorrity) who ran Gulfstream Trucking in Midland, TX.  The inventory of the assets owed by Gulfstream Trucking is all held by Charles Dorrity.**

**Business closed.**                                 **100%**                          **$0.00**

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them..........   Issuer name:

**21.** **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes. List each account separately.    Type of account:    Institution name:

Retirement account:    **Social Security Retirement account of Debtor**                                       **$1,900.00**

Retirement account:    **Social Security Retirement account of Non-filing Spouse**                            **$326.00**

**22.** **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes............................    Institution name or individual:

**23.** **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes............................    Issuer name and description:

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

Debtor 1  **George Lionel Moncada**  Case number (if known) **19-33426**

25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit

**Debtor's interest only**

- ☐ No
- ☑ Yes. Give specific information about them

**Moncada Family Trust**
**Established in 1998 in California**

**George Moncada & Debra Moncada, Trustees**
**Beneficiaries each other, then children**

**Current Value of Home (corrected as there was a typo made in the original Petition and Schedules) $410,000.00 is the community property value for Debtor and Non-Filing Spouse jointly.**

**$367,332.00 is the approximate current claim of the mortgage lien towards value leaving $42,668.00 of equity between Debtor and Non-Filing Spouse. Debtor's interest is ONLY $21,334.00 as the Debtor's equity. The Debtor's equity and interest in home owned by the Trust is what is listed herein.**

**The only property in the Trust since inception is the real property as follows:**
**13511 Layton Castle Lane, Cypress, TX 77429**
**Legal Description: LT 5 BLK 2**
**COLES CROSSING SEC 2**

**Updated description of Trust for clarification**

$205,000.00

26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    - ☑ No
    - ☐ Yes. Give specific information about them

27. Licenses, franchises, and other general intangibles
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    - ☑ No
    - ☐ Yes. Give specific information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. Tax refunds owed to you
    - ☑ No
    - ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......................

    Federal: _____
    State: _____
    Local: _____

| Debtor 1 | George Lionel Moncada | Case number (if known) | 19-33426 |

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☒ Yes. Give specific information    **See continuation page(s).**    **$60,000.00**

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes. Name the insurance company of each policy and list its value................    Company name:    Beneficiary:    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☒ No
☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☒ Yes. Describe each claim........   **Potential Claims against Charles Dorrity for fraud and stolen tractor trailers that belong to business as per agreement with Gulfstream Trucking.**    **Unknown**

**ADDED**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes. Describe each claim........

**35. Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................    **Updated amounts** →    **$269,118.82**

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☒ Yes. Go to line 38.

Debtor 1   **George Lionel Moncada**   Case number (if known) 19-33426

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe.. **removed commissions as they had already been earned at the** time of filing

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe..    **Added equipment of business under correct section of this schedule.**

**Trucks belonging to Gulfstream Trucking**   $430,000.00

**1968 Fruehauf Bulk Trailer VIN# UNJ309708; Approx Value $27,000.00.
1964 Butler Bulk Trailer VIN# 3532BPAM; Approx Value $10,000.00.
1998 J&L Bulk Trailer VIN# 5JLSN4325W5U0385; Approx Value $20,000.00.
1989 Volvo truck VIN# 4V1WDBCFXKN610036; Approx Value $10,000.00.
2009 Freightliner, VIN #1FVJGPDR2BDAY7750; Approx Value $45,000.00
Freighliner truck and trailer; Approx Value $90,000.00 ( Seller never transfered the title of this truck)
2008 Volvo Tractor trailer, VIN# 4V5NC9EH08N486131; Approx Value $17,000.00;
2012 International tractor trailer, VIN# 3HSDJSJR8CN555319; Approx Value $28,000.00;**

**and**

**2012 International Tractor Trailer, VIN# 3HSDJSJR8CN555319;  2012 International Tractor Trailer, VIN# 3HSDJSJR9CN555409; 2012 International Tractor Trailer, VIN# 3HSDJSJR6CN555383; 2012 International Tractor Trailer, VIN# 3HSDJSJR2CN555381;  2012 International Tractor Trailer, VIN# 3HSDJSJR8CN555384; 2012 International Tractor Trailer, VIN# 3HSDJSJR5CN555360.**

**Titles have not been transferred to Gulfstream Trucking and in an effort not to complicate this matter, Debtor will hold off on the transfers until Trustee advises him to do so.**

**In addition, a 2007 International Truck VIN# 2HSCNAPRX7C28963 and the 1st lien holder is Kayo Fortune LLC.**

**41. Inventory**

☑ No
☐ Yes. Describe..

Official Form 106A/B         Schedule A/B: Property         page 7

| Debtor 1 | George Lionel Moncada | Case number (if known) | 19-33426 |
|---|---|---|---|

**42. Interests in partnerships or joint ventures**

☒ No    **removed Gulfstream Trucking LLC from here and correctly listed under #19.**
☐ Yes. Describe..... Name of entity:                                    % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☒ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
   ☐ No
   ☐ Yes. Describe....

**44. Any business-related property you did not already list**

☒ No
☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here................**Updated amounts**............................................➔   **$430,000.00**

**Part 6:  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☒ No
☐ Yes....

**48. Crops--either growing or harvested**

☒ No
☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific information................

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here......................................................................➔   **$0.00**

Debtor 1   **George Lionel Moncada**                                    Case number (if known) __19-33426__

### Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
 *Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54.** Add the dollar value of all of your entries from Part 7.  Write that number here............................................ → $0.00

### Part 8:  List the Totals of Each Part of this Form

**55.** Part 1: Total real estate, line 2.................................................................................................... → $0.00

**56.** Part 2: Total vehicles, line 5                                $2,510.00

**57.** Part 3: Total personal and household items, line 15      $25,825.00

**58.** Part 4: Total financial assets, line 36                   $269,118.82

**59.** Part 5: Total business-related property, line 45          $430,000.00

**60.** Part 6: Total farm- and fishing-related property, line 52     $0.00

**61.** Part 7: Total other property not listed, line 54       + $0.00

**62.** Total personal property.   Add lines 56 through 61...........   $727,453.82    Copy personal property total → + $727,453.82

**Updated totals**

**63.** Total of all property on Schedule A/B.    Add line 55 + line 62...................................................    $727,453.82

Official Form 106A/B                         Schedule A/B: Property                                page 9

Debtor 1  **George Lionel Moncada**       Case number (if known)  **19-33426**

6. **Household goods and furnishings (details):**

| | |
|---|---:|
| 2 Sofas | $1,000.00 |
| Coffee Table | $200.00 |
| End Tables | $100.00 |
| Sofa Tables | $200.00 |
| Kitchen Tables and Chairs | $250.00 |
| Dining Tables and Chairs | $1,000.00 |
| China Cabinet | $2,000.00 |
| Refrigerator/Freezer | $250.00 |
| Freezer | $100.00 |
| Washing Machine | $200.00 |
| Clother Dryer | $200.00 |
| Dishes/Flatware | $500.00 |
| China/Silverware | $1,000.00 |
| Pots/Pans/Cookware | $200.00 |
| 4 Beds | $2,000.00 |
| Dressers/Nightstands | $3,000.00 |
| Lamps/Accesories | $1,000.00 |
| Yard/Landscaping Tools | $200.00 |
| Art Objects, wall art, books, frames, family albums, Compact Discs, DVS's and knick knacks | $2,200.00 |
| Desk | $500.00 |
| Items in storage unit: personal, sentimental items, pictures, kids stuff, knick knacks | $1,000.00 |

7. **Electronics (details):**

| | |
|---|---:|
| 4 Televisions | $500.00 |
| DVD Player | $25.00 |
| Personal Computer/Printer (of Debtor and used primarily for his contract work) | $1,200.00 |
| Cellular Telephones (one used primarily for Debtors work) | $1,000.00 |

30. **Other amounts someone owes you (details):**   *Correctly added all claims owed to Debtor and Debtor's business*

| | |
|---|---:|
| Money owed to Debtor individually and as Managing Partner of Gulfstream Trucking LLC and for equipment installed and truck repaired as part of Promissory Notes held with Chris Hacker- email address crishacker75@gmail.com. | $12,500.00 |
| Money owed to Debtor individually and as Managing Partner of Gulfstream Trucking LLC and for equipment installed and truck repaired as part of Promissory Notes held with Chris Short. | $12,000.00 |
| Money owed to Debtor individually and as Managing Partner of Gulfstream Trucking LLC and for equipment installed and truck repaired as part of Promissory Notes held with Marca Enenagu | $11,500.00 |
| Money owed to Debtor individually and as Managing Partner of Gulfstream Trucking LLC and for equipment installed and truck repaired as part of Promissory Notes held with Emin Koso. | $12,000.00 |

Debtor 1  **George Lionel Moncada**  Case number (if known) **19-33426**

| | |
|---|---|
| **Money owed to Debtor individually and as Managing Partner of Gulfstream Trucking LLC and for equipment installed and truck repaired as part of Promissory Notes held with Bob McGraw** | **$12,000.00** |