| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **George** First Name | **Lionel** Middle Name | **Moncada** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | 19-33426 | | |

☑ Check if this is an amended filing

Official Form 106C

**FIRST AMENDED 8/23/2019**

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming?  *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

   **Changed to all Federal Expemptions**

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2001 Mercedes 600 CL (approx. 60,000 miles) Condition: Good Debtor's community property interest listed only (1st exemption claimed for this asset)** Line from *Schedule A/B*: 3.1 | $2,510.00 | ☑ $2,510.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description: **2001 Mercedes 600 CL (approx. 60,000 miles) Condition: Good Debtor's community property interest listed only (2nd exemption claimed for this asset)** Line from *Schedule A/B*: 3.1 | $2,510.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3. Are you claiming a homestead exemption of more than $170,350?
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C                    Schedule C: The Property You Claim as Exempt                    page 1

Debtor 1  **George Lionel Moncada**                              Case number (if known) __19-33426__

**Part 2:**  **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2018 Licoln MKX (approx. 1,000 miles)**<br>**Condition: Excellent**<br>**Lease has no value for Debtor**<br>Line from *Schedule A/B*: __3.2__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description:<br>**2 Sofas**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __6__ | $1,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**2 Sofas**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __6__ | $1,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Coffee Table**<br>Line from *Schedule A/B*: __6__ | $200.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**End Tables**<br>Line from *Schedule A/B*: __6__ | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Sofa Tables**<br>Line from *Schedule A/B*: __6__ | $200.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Kitchen Tables and Chairs**<br>Line from *Schedule A/B*: __6__ | $250.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Dining Tables and Chairs**<br>Line from *Schedule A/B*: __6__ | $1,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**China Cabinet**<br>Line from *Schedule A/B*: __6__ | $2,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **George Lionel Moncada** | Case number (if known) | **19-33426** |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Refrigerator/Freezer**<br>Line from *Schedule A/B*: __6__ | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Freezer**<br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Washing Machine**<br>Line from *Schedule A/B*: __6__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Clother Dryer**<br>Line from *Schedule A/B*: __6__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Dishes/Flatware**<br>Line from *Schedule A/B*: __6__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**China/Silverware**<br>Line from *Schedule A/B*: __6__ | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Pots/Pans/Cookware**<br>Line from *Schedule A/B*: __6__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**4 Beds**<br>Line from *Schedule A/B*: __6__ | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Dressers/Nightstands**<br>Line from *Schedule A/B*: __6__ | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | George Lionel Moncada | Case number (if known) | 19-33426 |
|---|---|---|---|

**Part 2: Additional Page**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Lamps/Accesories**<br>Line from Schedule A/B: **6** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Yard/Landscaping Tools**<br>Line from Schedule A/B: **6** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Art Objects, wall art, books, frames, family albums, Compact Discs, DVS's and knick knacks (1st exemption claimed for this asset)**<br>Line from Schedule A/B: **6** | $2,200.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Art Objects, wall art, books, frames, family albums, Compact Discs, DVS's and knick knacks (2nd exemption claimed for this asset)**<br>Line from Schedule A/B: **6** | $2,200.00 | ☑ $2,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Desk**<br>Line from Schedule A/B: **6** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |
| Brief description: **Items in storage unit: personal, sentimental items, pictures, kids stuff, knick knacks (1st exemption claimed for this asset)**<br>Line from Schedule A/B: **6** | $1,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Items in storage unit: personal, sentimental items, pictures, kids stuff, knick knacks (2nd exemption claimed for this asset)**<br>Line from Schedule A/B: **6** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **4 Televisions (1st exemption claimed for this asset)**<br>Line from Schedule A/B: **7** | $500.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1  **George Lionel Moncada**                                    Case number (if known) **19-33426**

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**4 Televisions**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___7___ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**DVD Player**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___7___ | $25.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**DVD Player**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___7___ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(9) |
| Brief description:<br>**Personal Computer/Printer (of Debtor and used primarily for his contract work)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___7___ | $1,200.00 | ☑ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |
| Brief description:<br>**Personal Computer/Printer (of Debtor and used primarily for his contract work)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___7___ | $1,200.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Cellular Telephones (one used primarily for Debtors work)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___7___ | $1,000.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |
| Brief description:<br>**Cellular Telephones (one used primarily for Debtors work)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___7___ | $1,000.00 | ☑ $175.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Clothing shoes and accessories for a family of 3**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___11___ | $1,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Clothing shoes and accessories for a family of 3**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___11___ | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Debtor 1   **George Lionel Moncada**   Case number (if known) **19-33426**

**Part 2:   Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Wedding Rings, Earrings, Necklaces, Costume Jewelry (mist of which belong to Non-filing Spouse.**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __12__ | $5,000.00 | ☑ $1,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description:<br>**Wedding Rings, Earrings, Necklaces, Costume Jewelry (mist of which belong to Non-filing Spouse.**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __12__ | $5,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Dog**<br>Line from *Schedule A/B*: __13__ | $0.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Wells Fargo Simple Business Gulfstream LLC Checking account #2988**<br>Line from *Schedule A/B*: __17.2__ | $0.94 | ☑ $0.94<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Wells Fargo Personal Joint Checking account #3753**<br>Line from *Schedule A/B*: __17.3__ | $52.85 | ☑ $52.85<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Wells Fargo Personal Joint Checking account #8028**<br>Line from *Schedule A/B*: __17.4__ | $1.84 | ☑ $1.84<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Wells Fargo Personal Savings account Social Security account #4621**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __17.5__ | $1,786.06 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(A) |
| Brief description:<br>**Wells Fargo Personal Savings account Social Security account #4621**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __17.5__ | $1,786.06 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Wells Fargo Retirement Savings account #0699**<br>Line from *Schedule A/B*: __17.6__ | $51.13 | ☑ $51.13<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Official Form 106C   Schedule C: The Property You Claim as Exempt   page 6

Debtor 1  **George Lionel Moncada**  Case number (if known) **19-33426**

**Part 2:  Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own — *Copy the value from Schedule A/B* | Amount of the exemption you claim — *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Social Security Retirement account of Debtor** <br> Line from *Schedule A/B*: 21 | $1,900.00 | ☒ $1,900.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(A) |
| Brief description: **Social Security Retirement account of Non-filing Spouse** <br> Line from *Schedule A/B*: 21 | $326.00 | ☒ $326.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(A) |
| Brief description: **Moncada Family Trust Established in 1998 in California** <br><br> George Moncada & Debra Moncada, Trustees <br> Beneficiaries each other, then children <br><br> **Current Value of Home (corrected as there was a typo made in the original Petition and Schedules) $410,000.00 is the community property value for Debtor and Non-Filing Spouse jointly.** <br><br> **$367,332.00 is the approximate current claim of the mortgage lien towards value leaving $42,668.00 of equity between Debtor and Non-Filing Spouse. Debtors interest is ONLY $21,334.00 as the Debtor's equity. The Debtors equity and interest in home owned by the Trust is what is listed herein.** <br><br> The only property in the Trust since inception is the real property as follows: <br> 13511 Layton Castle Lane, Cypress, TX 77429 <br> Legal Description: LT 5 BLK 2 <br> COLES CROSSING SEC 2 <br><br> **(1st exemption claimed for this asset)** Line from *Schedule A/B*: 25 | $205,000.00 <br><br> *listed more detailed description and only amount of Debtors equity* | ☒ $21,334.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 541(c)(2) |

Official Form 106C  Schedule C: The Property You Claim as Exempt  page 7

| Debtor 1 | George Lionel Moncada | Case number (if known) | 19-33426 |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:**<br>**Moncada Family Trust**<br>**Established in 1998 in California**<br><br>**George Moncada & Debra Moncada, Trustees**<br>**Beneficiaries each other, then children**<br><br>**Current Value of Home (corrected as there was a typo made in the original Petition and Schedules) $410,000.00 is the community property value for Debtor and Non-Filing Spouse jointly.**<br><br>**$367,332.00 is the approximate current claim of the mortgage lien towards value leaving $42,668.00 of equity between Debtor and Non-Filing Spouse.  Debtors interest is ONLY $21,334.00 as the Debtor's equity.  The Debtors equity and interest in home owned by the Trust is what is listed herein.**<br><br>**The only property in the Trust since inception is the real property as follows:**<br>**13511 Layton Castle Lane, Cypress, TX 77429**<br>**Legal Description: LT 5 BLK 2**<br>**COLES CROSSING SEC 2** | $205,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

**(2nd exemption claimed for this asset)** Line from *Schedule A/B*:  25