| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **George** | **Lionel** | **Moncada** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | 19-33426 | | |

☑ Check if this is an amended filing

Official Form 107

**2ND AMENDED (9/18/2019)**

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☑ No
   - ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No
   - ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   - ☐ No
   - ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $4,056.25 (est.) | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, **2018**)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $118,118.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2017**)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $49,825.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

Debtor 1  **George Lionel Moncada**  Case number (if known) **19-33426**

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☒ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of the current year until the date you filed for bankruptcy:** | Social Security | $12,000.00 | | |
| **For the last calendar year:**<br>(January 1 to December 31, **2018**)<br>YYYY | Social Security | $22,152.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2017**)<br>YYYY | Social Security | $21,768.00 | | |

Debtor 1    **George Lionel Moncada**                                    Case number (if known) __19-33426__

### Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☒ **No.**  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ☐ No.  Go to line 7.

   ☒ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.  Go to line 7.

   ☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

**REMOVED OTHER CREDITOR PAYMENTS WITH PERSONAL GUARANTEE BECAUSE THEY WERE PAID VIA BUSINESS ACCTS.**

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Swbc Mortgage**<br>Creditor's name<br>**P O Box 77404**<br>Number   Street<br><br>**Ewing**         **NJ**    **08628**<br>City              State   ZIP Code | **April 17, 2019**<br>**Made from Joint account with Non-Filing Spouse** | $2,446.63 | $367,332.00 | ☒ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Swbc Mortgage**<br>Creditor's name<br>**P O Box 77404**<br>Number   Street<br><br>**Ewing**         **NJ**    **08628**<br>City              State   ZIP Code | **May 8, 2019**<br>**Made from Joint account with Non-Filing Spouse** | $2,446.63 | $367,332.00 | ☒ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1    **George Lionel Moncada**                              Case number (if known)  __19-33426__

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

   ☑ No
   ☐ Yes.  List all payments to an insider.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes.  List all payments that benefited an insider.

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☑ No
   ☐ Yes.  Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes.  Fill in the details for each gift.

Debtor 1 **George Lionel Moncada**     Case number (if known) **19-33426**

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

- ☑ No
- ☐ Yes. Fill in the details for each gift or contribution.

## Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

- ☑ No
- ☐ Yes. Fill in the details.

## Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

- ☐ No
- ☑ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Office of Jennifer Casey** | Attorney's fees and filing fees | 05/09/2019 | $5,908.00 |
| **The Franklin Building** (Number Street) | | | |
| **25511 Budde Road, Suite 801-B** | | | |
| **The Woodlands**, **TX** **77380** (City State ZIP Code) | | | |
| **www.jcaseylawfirm.com** (Email or website address) | | | |
| _____ (Person Who Made the Payment, if Not You) | | | |

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Access Counseling, Inc.** | credit counseling course | 5/9/2019 | $7.95 |
| **633 W. 5th Street, Suite 26001** (Number Street) | | | |
| **Los Angeles**, **CA** **90071** (City State ZIP Code) | | | |
| **info@accesscounselinginc.org** (Email or website address) | | | |
| _____ (Person Who Made the Payment, if Not You) | | | |

Debtor 1    **George Lionel Moncada**                                    Case number (if known)  **19-33426**

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

    Do not include any payment or transfer that you listed on line 16.

    ☑ No
    ☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

    Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☑ No
    ☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

    ☑ No
    ☐ Yes. Fill in the details.

### Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☑ No
    ☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☑ No
    ☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ☑ No
    ☐ Yes. Fill in the details.

### Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☐ No
    ☑ Yes. Fill in the details.

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **George L Moncada & Terry Moncada**<br>Owner's Name | | **Debtor Co-signed with son for this vehicle. Son pays it ever month and has possession of vehicle.** | **$35,480.00** |
| **13511 Layton Castle Lane**<br>Number    Street | **13511 Layton Castle Lane**<br>Number    Street | | |
| **Cypress         TX    77429-4845**<br>City              State    ZIP Code | **Cypress         TX    77429**<br>City              State    ZIP Code | **2015 GMC Yukon (approx. 61,000 miles)**<br>**Amount owed on note: $37,448.89 as of 5/10/19** | |

| Debtor 1 | George Lionel Moncada | Case number (if known) | 19-33426 |

| Owner's Name | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Gulfstream Trucking LLC** | | **Trailers, trucks and cabs purchased by Gulfstream Trucking for business (by Charles Dorritty) who ran Gulfstream Trucking in Midland, TX. The inventory of the assets owed by Gulfstream Trucking that is currently located in Midland, TX with Charles Dorritty and titles held by Navistar Inc. They have titles to trucks that have not been turned over to Gulfstream Trucking. 2012 International Tractor Trailer, VIN# 3HSDJSJR8CN555319; 2012 International Tractor Trailer, VIN# 3HSDJSJR9CN555409; 2012 International Tractor Trailer, VIN# 3HSDJSJR6CN555383; 2012 International Tractor Trailer, VIN# 3HSDJSJR2CN555381; 2012 International Tractor Trailer, VIN# 3HSDJSJR8CN555384; 2012 International Tractor Trailer, VIN# 3HSDJSJR5CN555360.** | **$350,000.00** |
| **13511 Layton Castle Lane**<br>Number  Street | **Chuck Dorritty**<br>Number  Street<br>**10788 East County Road 108** | | |
| **Midland   TX   79706**<br>City    State   ZIP Code | **Midland   TX   79706**<br>City    State   ZIP Code | | |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

Debtor 1   **George Lionel Moncada**                                Case number (if known)   **19-33426**

**25.** Have you notified any governmental unit of any release of hazardous material?
☑ No
☐ Yes. Fill in the details.

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

### Part 11: Give Details About Your Business or Connections to Any Business

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

**Gulfstream Trucking LLC**
Business Name

**13511 Layton Castle Lane**
Number   Street

**Cypress           TX     77429-4845**
City             State   ZIP Code

Describe the nature of the business
**trucking company**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **8  2 – 4  7  4  9  1  7  7**

Dates business existed

From **10/30/2018**   To   **present**

**Gulfstream Realty & Properties One**
Business Name

**16055 Space Center Blvd. Ste. 235**
Number   Street

**Houston           TX     77062**
City             State   ZIP Code

Describe the nature of the business
**used by Debtor for his commercial real estate job**
**Share business with two other partners and Debtor's percentage is 33 1.3% (Supplements of the busness formation documents will be produced to Trustee).**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **8  6 – 1  1  7  5  4  8  2**

Dates business existed

From **1/12/2009**   To   **present**

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

Debtor 1    **George Lionel Moncada**                              Case number (if known)  **19-33426**

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ George Lionel Moncada**                     X  _____
George Lionel Moncada, Debtor 1                      Signature of Debtor 2

Date    **09/18/2019**                                Date  _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes.  Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).