UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-36569 |
| Gulfstream Trucking, LLC | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |
| | § | |

## KAYO FORTUNE, LLC'S WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | |
|---|---|
| Case No: 19-36569 | Name of Debtor: Gulfstream Trucking, LLC |
| | Judge: David R. Jones |
| George Moncada | Courtroom Deputy: |
| Markus Wheaton | Hearing Date: November 10, 2020 |
| Ronald J. Sommers | Hearing Time: .9:30 a.m. |
| Randy West Williams | Party's Name: Kayo Fortune, LLC |
| Ann E. Catmull | Attorney's Name: Shawn E Shearer |
| | Attorney's Phone: O: (214) 272-9533 |
| | Nature of Proceeding:  Motion to Show Cause and Cross-Motion to Show Cause [Doc. 43, 44, 50, 51; Lead Case (19-33426) Doc. 88, 90] |

### A.  Witnesses

1. Randy W. Williams
2. Annie Catmull
3. Henry Hobbs
4. Shawn Shearer
5. Any witness designated/called by any other party
6. Rebuttal and impeachment witnesses as needed

### B.  Exhibits

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Application and Order for Employment of O'Connor Welscher | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 2 | January 29 Email exchange – Shearer & Catmull re Sommers not appearing for 341 meeting | | | | |
| 3 | Moncada RFP Response to Request No.5 in Adversary Proceeding re: originals provided to trustees | | | | |
| 4 | Email exchange Shearer/Catmull re Sommers and Tempie Bay relationship | | | | |
| 5 | Emails 02/24/20 – 04/26/20 re Gulfstream Petition and Schedules mark-up by Moncada | | | | |
| 6 | Moncada hand mark-up of Gulfstream petition and schedules | | | | |
| 7 | Emails 05/08/20-05/31/20 re Kayo requesting action and information | | | | |
| 8 | Letter dated June 19, 2020 – Shearer to Catmull & O'Connor re: deficiency in petition and schedules, failure to provide requested information, demand for disclosure of conflicts of interest w/ exhibit June 10, 2020 letter | | | | |
| 9 | June 24, 2020 email exchange Wheaton, Williams Shearer, Catmull, O'Connor, Hobbs re request for meeting by Wheaton | | | | |
| 10 | Email dated June 24, 2020 from Williams to Catmull, Wheaton, O'Connor & Hobbs re: blocking communications | | | | |
| 11 | Status Report filed by Williams, information as of June 26, 2020 | | | | |
| 12 | Letter dated July 28, 2020 re Kayo questions and requests for information re Status Report | | | | |
| 13 | Email dated 8/20/20 from Shearer to Catmull re requesting answer to 07/28 letter | | | | |
| 14 | Email dated 08/28/20 from Catmull to Shearer re Turnover Demands w/ exhibits and file properties screen shots | | | | |
| 15 | Email exchange 08/28/20-08/31/20 Shearer & Catmull re responses to 07/28 letter | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 16 | Letter dated August 21, 2020 Shearer to Sommers, Myers, Catmull, O;Connor lack of explanation for missing $600,000 | | | | |
| 17 | Midland City Attorney response to request for information re: Gulfstream address responses | | | | |
| 18 | AIMBank Wire Transfer request dated December 31, 2018 | | | | |
| 19 | Email exchange dated 11/12/19 b/w Casey, Myers and Sommers re: Dorrity and TNM Oilfield sale of assets | | | | |
| 20 | Dorrity farm subsidy information | | | | |
| | All exhibits attached to Motion & Cross-Motion Briefs [Doc. 43, 44, 50, 51; Lead Case (19-33426) Doc. 88, 90] | | | | |
| | All exhibits to Kayo Fortune's Motion to Dismiss Case or Disqualify and Reply in Support [Lead Case (19-33426)] | | | | |
| | Any other exhibit designated/offered by any other party | | | | |
| | Rebuttal and/or impeachment exhibits as needed | | | | |

Dated: November 5, 2020

 /s/ Shawn Shearer
SHAWN E. SHEARER
The Law Office of Shawn Shearer, P.C.
3839 McKinney Ave. #155-254
Dallas, TX 75204
shawn@shearerlaw.pro
Phone: (214) 272-9533
ATTORNEY FOR KAYO FORTUNE, LLC